# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s):** 21-55241

**Case Name:** STILLWATER LTD. v. ANTONIA BASILOTTA

**Counsel submitting this form:** ANTHONY MOTTA

**Represented party/parties:** STILLWATER LTD.

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiff Stillwater Ltd. is the successor in interest to the rights in sound recordings in which the defendant, Antonia Basilotta p/k/a Toni Basil was a vocalist. The sound recordings were embodied on an album released in 1982 entitled "Word of Mouth" with the most successful recording being the song "Mickey". The rights of the parties are governed by an agreement dated August 8, 1982 pursuant to which Basil transferred whatever copyright she had in the sound recordings as a work for hire, and agreed to a choice of law provision designating English law and a forum selection clause designating UK courts. On March 20, 2013 defendant served a notice pursuant to 17 U.S.C. 203 seeking reversion of the copyright interest she had transferred in the sound recordings. Plaintiff brought this action seeking, in part, (1) declaratory judgment that the notice is ineffective, or in the alternative, that it did not cause a reversion of the entire copyright in the sound recordings, but only the portion attributed to her vocal performance, and not the portion attributed to the producer or musicians; and (2) the notice was ineffective as to derivative works of Mickey. Basil counterclaimed, in part: (1) for declaratory judgment that the notice was effective and the sound recordings were not created as a work for hire, and (2) for an accounting of both pre-termination and post-termination royalties.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**      *1*      Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

The lower court found (Dkt. 79) that while defendant was barred by the statute of limitations from seeking a declaratory judgment that the sound recordings were not works for hire it permitted defendant to assert it as a defense to plaintiff's claim. It dismissed without prejudice defendant's accounting counterclaim as to pre-termination royalties finding that the claim was subject to the forum selection clause. (Dkt. 89). The lower court found that the notice was effective to cause a reversion of the entire copyright in the sound recordings except it was ineffective as to two derivative works (Dkt. 169). On the accounting counterclaim for pre-termination income the lower court awarded $96,695. (Dkt. 207).

Main issues: (1) did the lower court commit error in permitting defendant to effectively obtain affirmative relief on a claim that the sound recordings were not created as works for hire by permitting her to assert it as a defense to plaintiff's declaratory judgment claim; (2) is defendant entitled to a reversion of the entire copyright in the sound recordings even though the lower court found that a copyrightable contribution had been made by at least one other party.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Defendant's motion for an award of attorney's fees pursuant to 17 U.S.C. 505 is pending in the lower court.

**Signature** s/Anthony Motta        **Date** Mar 26, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**            *2*            Rev. 12/01/2018