# 21-55241

## In the
## United States Court of Appeals
## For the Ninth Circuit



STILLWATER LTD, a United Kingdom Company,

*Plaintiff-Counter-Claim-Defendant-Appellant,*

v.

ANTONIA BASILOTTA,

*Defendant-Counter-Claimant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES
CASE NO. 2:16-cv-01895-SK
HONORABLE STEVE KIM

## APPELLANT'S EXCERPTS OF RECORD
## INDEX VOLUME

ANTHONY MOTTA
*Attorney for Plaintiff-Counter-Claim-
Defendant-Appellant*
64 Fulton Street, Suite 305
New York, New York 10038
Telephone: (914) 589-5356
Facsimile: (332) 777-1875
amotta@anthonymotta.com

# INDEX

| Document | File Date | District Ct. Dkt. No. | ER No. |
|---|---|---|---|
| **Volume I** | | | |
| Judgment Appealed From | 02/11/2021 | 207 | 2 |
| Findings of Facts and Conclusions of Law | 02/05/2020 | 169 | 3 |
| Order Re: Renewed Cross-Motions for Summary Judgment | 03/06/2019 | 89 | 23 |
| **Volume II** | | | |
| Excerpts of Trial Transcript, dated December 10, 2019 | 05/03/2021 | 221 | 41 |
| Excerpts of Trial Transcript, dated December 9, 2019 | 05/03/2021 | 220 | 47 |
| Plaintiff's Trial Exhibit 1 – 1979 Agreement (Radialchoice and Appellee) | | | 177 |
| Plaintiff's Trial Exhibit 2 – 1980 Agreement (Radialchoice and Appellee) | | | 193 |
| Plaintiff's Trial Exhibit 3 – 1982 Agreement (Radialchoice and Appellee) | | | 201 |
| | | | |

| | | | |
|---|---|---|---|
| Plaintiff's Trial Exhibit 4 – Copies of Vinyl Album Cover (front and back) and Copies of Vinyl Disc (front and back): *Word of Mouth* | | | 270 |
| Plaintiff's Trial Exhibit 5 – 1979 Producer Agreement (Radialchoice and Mathieson) | | | 275 |
| Plaintiff's Trial Exhibit 6 – 1980 Supplemental Producer Agreement (Radialchoice and Mathieson) | | | 284 |
| Plaintiff's Trial Exhibiti 7 – 1982 Supplemental Producer Agreement (Radialchoice and Mathieson) | | | 288 |
| Plaintiff's Trial Exhibit 8 – USCO-SR 41-440 | | | 291 |
| Plaintiff's Trial Exhibit 9 – USCO-SR 38-729 | | | 295 |
| Plaintiff's Trial Exhibit 13 - Vinyl Album Cover (front and back) and Copies of Vinyl Disc (front and back): *Toni Basil* | | | 299 |
| Plaintiff's Trial Exhibit 16 – Notice of Termination | | | 304 |
| Notice of Appeal | 03/15/2021 | 216 | 314 |

| | | | |
|---|---|---|---|
| District Court Docket Sheet | | | 315 |